**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JONATHAN HUYNH, | No. CV 14-6728-PA (PLA) |
|        Petitioner, | **JUDGMENT** |
|        v. | |
| J. SOTO, Warden, | |
|        Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: July 25, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE